No. 05–832. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–833. WILLIAMS v. GEORGIA DEPARTMENT OF DEFENSE NATIONAL GUARD HEADQUARTERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–835. POPOVICH v. CUYAHOGA COUNTY COURT OF. COMMON PLEAS, DOMESTIC RELATIONS DIVISION. C. A. 6th Cir. Certiorari denied.

No. 05–840. RODRIGUEZ v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied.

No. 05–843. BADILLA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–851. CITY OF LOS ANGELES, CALIFORNIA v. CLEVELAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–862. BROWN v. KALINA, KING COUNTY DEPUTY PROSECUTING ATTORNEY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–867. R. J. REYNOLDS TOBACCO CO. ET AL. v. SHEWRY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–876. SAVOCA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–881. FISCHER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 05–928. WELP v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6149. MINCKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6406. HUFF v. UNITED STATES. C. A. 5th Cir. Certiorari denied.